IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr221-MHT |
| | ) | (WO) |
| ROGER DALE WALKER | ) | |

## MENTAL-HEALTH ORDER

In accordance with the provisions in the judgment of conviction, it is ORDERED that, upon defendant Roger Walker's release from prison, the United States Probation Office is to arrange for the following:

(1) Defendant Walker is to receive a mental-health evaluation, the result of which is to be filed in a report to the court within 30 days of his release. Among other issues, the report is to address defendant Walker's apparent substance abuse disorder; whether he has any underlying or co-occurring mental disorders, and, if so, whether they contribute to or otherwise interact with his substance use disorder; what difficulties he may experience in adjusting back to life outside of prison; and what mental-health

treatment he should receive while on supervised release in light of the above issues.

(2) Defendant Walker is to receive mental-health counseling no less than twice monthly, until further order of the court. Probation shall promptly furnish the clinician providing this counseling with a copy of the report prepared pursuant to the prior paragraph.

(3) Defendant Walker is to receive intensive substance abuse treatment including, as necessary, medication-assisted treatment (MAT), to address his substance abuse disorder. That treatment shall be appropriately intensive to address defendant Walker's apparently severe addiction and long history of substance abuse, including his returning to the use of opioids despite having overdosed on eight occasions, and including multiple attempts at drug treatment that resulted in his reversion to drug use.

DONE, this the 27th day of April, 2018.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**